Name: Gelasio J. Guerrero
Washoe County Sheriffs Office, Jail
911 Parr Blvd. 89512
Prison Number: 2268257

```
___ FILED      ✓ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

         JAN - 5 2023

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

Gelasio J. Guerrero,
Plaintiff

vs.

Amber Torez, et al.,

_____,
_____,
_____,
_____,
Defendant(s).

Case No. 3:23-cv-00005
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## A.    JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Gelasio J. Guerrero** (print plaintiff's name), who presently resides at **WCSD, Jail 911 Parr Blvd., Reno, NV 89512**, were violated by the actions of the below-named individuals that were directed against Plaintiff at **2029 Farm Road Schurz, Nevada 89427** (institution/city where violation occurred) on the following dates: **July 10, 2022** (Claim 1), **July 10, 2022** (Claim 2), and **Continuing... w/o Bail** (Claim 3).

Revised 7/8/19

**Make a copy of this page to provide the below information if you are naming more than five (5) defendants**

2) Defendant <u>Ms. Amber Torez</u> resides at <u>Hospital Road</u>, and is
(full name of first defendant)                              (address of first defendant)
<u>Schurz, Nevada 89427</u>
employed as <u>Chairwoman (hereinafter, WRP)</u> This defendant is sued in his/her
(defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Together with tribal council members conspired and agreed by ordinance, contract, custom, with Dept of Public Safety to violate Plaintiffs Constitutional rights and violate Federal Law.</u>

3) Defendant <u>Mr. Roman Sanchez</u> resides at <u>Hospital Road</u>, and is
<u>Schurz, Nevada 89427</u>
employed as <u>Acting Police Chief, Public Safety</u> This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Id., Public Safety is a State institution, this defendant conspired and agreed via written "MOU, Mutual Contract agreement" illegally acquired jurisdiction to violate Plaintiffs rights.</u>

4) Defendant <u>Mr. Brian Almore</u> resides at <u>Hospital Road</u>, and is
<u>Schurz, Nevada 89427</u>
employed as <u>Public Safety Tribal Police</u>. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>Id., "Dept. of Public Safety" is a State institution, this defendant illegally acquired jurisdiction over Plaintiff to violate Plaintiffs rights and illegally arrest, incarcerate + Prosecute Plaintiff.</u>

2

Defendants (continued)...

a) Defendant, Ms. Gina Wachsmuth at _____ Hospital road, Schurz, Nevada 89427, Secretary council member; This defendant is sued in her individual and official capacity. This defendant knows of and/or should have known that under color of state law, and together with Defendants', and each of them, and with WRPT did conspire and agree to violate Plaintiff's U.S. Constitutional rights, and violate Federal Law via "Mutual Contract agreement Mou", in furtherance, did violate Plaintiff's rights on July 10, 2022, by targeting Plaintiff illegal arrest, incarceration, and Prosecution on an indian reservation.

b) Defendant, Ms. Andrea Martinez, at _____ Hospital road, Schurz, Nevada 89427, Treasure Council Member. This defendant is sued in her individual and official capacity. This defendant knows of and/or should have known, that under color of state law, and together with Defendants' and each of them, and with WRPT did conspire and agree to violate Plaintiff's U.S. Constitutional rights, and violate Federal Law via "Mutual Contract Agreement Mou", in furtherance, did violate Plaintiff's rights on July 10, 2022, by targeting Plaintiff for illegal arrest, incarceration and prosecution, on an indian reservation.

c) Defendant, Mr. Spencer Quintero at _____ Hospital road, Schurz, Nevada 89427, tribal council member. This defendant is sued in his individual and official capacity. This defendant knows of and/or should have known, that under color of

-2A-

Defendants' (continued)...

State law, and together with Defendants', and each of them, and with WRPT did conspire and agree to violate Plaintiff's U.S. Constitutional rights, and violate Federal Law via "Mutual Contract Agreement MCA", in furtherance thereof, violated Plaintiff's rights on July 10, 2022, by targeting Plaintiff for illegal arrest, incarceration and Prosecution, on an Indian reservation.

d.) Defendant Mr. Standard Frank Jr. at _____ Hospital Road, Schurz, Nevada 89427, tribal council member. This defendant is sued in his individual and official capacity. This defendant knows of and/or should have known, that under color of State law, and together with Defendants', and each of them, together with WRPT did conspire and agree to violate Plaintiff's U.S. Constitutional rights, and violate Federal Law via "Mutual Contract Agreement MCA", in furtherance thereof, did violate Plaintiff's rights on July 10, 2022, by targeting Plaintiff for illegal arrest, incarceration and Prosecution, on an Indian Rez.

e.) Defendant Ms. Gina Williams at _____ Hospital Road, Schurz, Nev. 89427, tribal Council member. This defendant is sued in her individual and official capacity. This defendant under color of State law, with Defendants' together with WRPT conspired and agreed to violate Plaintiff's U.S. Const. rights, and violate Federal Law via "Mutual Contract Agreement MCA", and in furtherance thereof, did violate Plaintiff's rights on July 10, 2022, by targeting Plaintiff for illegal arrest, incarceration, and Prosecution, on the rezervation.

-2B-

f.) Defendant (John Doe), Mineral County Sheriff, Elect, employed at Mineral County Sheriff's Office, Dept. of Public Safety Buildings (hereinafter, MCSO), Hawthorne, Nevada. This defendant is sued in his individual and official capacity. This defendant under color of state law, together with Defendants, each of them, and the WRPT conspired and agreed to violate Plaintiffs US Const. rights, and violate Federal Law via "mutual contract agreement MOU", furtherance did violate Plaintiffs rights on July 10, 2022, illegal arrest, prosecution and incarceration on an indian reservation.

g.) Defendant Mr. Frank Honewell, Lyon County Sheriffs Office, Elect, Department of Public Safety Buildings, 911 Harvey Way #1, Yerington, Nevada 89447, is being sued in his individual and official capacities. This defendant; undercolor of state law, together with defendants, and each of them, with WRPT conspired and agreed to violate Plaintiffs U.S. Constitutional rights, and violate Federal Law via "Mutual Contract Agreement MOU", and in furtherance, did violate Plaintiff's rights on July 10, 2022, by illegally arrest, prosecution and incarceration on an indian reservation.

h.) Defendant (Jane Doe), Lyon County Sheriff's Office is employed as Booking Dept. (hereinafter, LCSO), Public Safety Building, 911 Harvey Way #1, Yerinston, NV 89447. This defendant is being sued in her individual and official capacity. Defendant was acting under color of state law through the Department of Public Safety on July 10,

-2C-
-28-

2022 in Lyon County illegally acquired jurisdiction over Plaintiff to violate Plaintiffs Constitutional rights fand illegally arrest, incarcerate and Prosecute him.

i.) Defendant Mr. Darin Balaam, Washoe County Sheriff Elect, 911 Parr Blvd., Reno, Nevada 89512 This defendant is being sued in his individual & official capacity. Defendant was/is acting under color of state law through the Department of Public Safety, in the instant case (July 10, 2022), in Washoe County, illegally acquired jurisdiction over Plaintiff (man mutual agreement contract) to violate Plaintiffs rights and illegally arrest, incarcerate and Prosecute him, where he remains in jail.

-20-

5) Defendant Mr. Josh Gonzalaz resides at Hospital Road, Schurz, Nevada 89427, and is employed as Public Safety Tribal Police. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Id., illegally thrush Department of Public Safety + WRPT, enforcing State law in Federal "Jurisdiction Mutual Contract Agreement" to violate Plantifls rohts and conspire to violate Federal Law.

6) Defendant M.S. Miranda Quintero resides at Hospital Road, Schurz, Nevada 89427, and is employed as WRPT, Council Member. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Id., illegally thru Department of "Public Safety" + the WRPT, enforcing State laws in Federal "Jurisdiction Mutual Contract agreement MOU" to violate plaintiff US Const. rights and fed. Laws.

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

42 U.S.C. § 1986, and State Pendant Jurisdiction involved —

**B.    NATURE OF THE CASE**

8) Briefly state the background of your case.

1) This is a Civil rights suit brought by Plaintiff under 28 U.S.C. §§ 1983, 1986, respectfully. The Walker River Paiute Tribe (hereinafter, WRPT) is a federally recognized tribal Local government, acting under color of State law per a (via instrument vehicle) document "Mutual agreement Contract (MOU)" between MCSD ("Dept. of Public Safety") and LCSO ("Dept.

3

of Public Safety"); and, WCSO ("Dept. of Public Safety"); within their possession, dominion and control to enforce State of Nevada authority against Plaintiff on an Indian reservation, to violate Plaintiff's US Constitutional rights by attacking the Plaintiff and his children (each tribal member) whom are all minors; without any Due Process Notice, or legal justification and/or authority in the first instance (no Notice to any federal warrant requirements, signed by a magistrate Judge, dated, and a court of competent jurisdiction.);

2.) On or about July 10, 2022, at approximately 6:47 pm, Plaintiff was approached by Defendant Almaras impersonating an Federal Agent on the WRPT. Defendant did not possess a federal weapons permit but did have and tried to murder Plaintiff discharging his own pistol into his own leg, as the injuries sustained by the defendant is the direct results of his own actions by attacking Plaintiff and Plaintiff's minor children with a taser and defendants pistol[1] weapon, whom is not Federalized by any Academy recognized by the Federal Government for enforcing Federal Law in Federal Jurisdiction.

3) Nevada being admitted as a State, the Department of Public Safety is within the institution aunder the County Sheriff's Office, a State institution. Any control

(1.- Sig Sauer P320 firearm)

Page Number 3A

agreement ("MOU") between Public Safety and the WRPT is government Tyranny and Corruption, Breach of Seperation of Powers Clause (Rule) under Due Process of Law and cannot preempt Federal Law in Federal Jurisdiction.

4) Subsequently, Defendants' Almaraz, Sanchez, and LCSD, Defendant Frank Honeywell, illegally incarcerated Plaintiff at the Lyon County Jail, Public Safety Building, Yerington, Nevada.

5) The area of 7029 Farm Road is located within the exterior boundaries of the WRPT, indian reservation.

6) Plaintiff is incarcerated, WCSO, no bail.

7) The conspiracy to violate Plaintiffs rights is the "mutual agreement contract ("mou")" between the WRPT and Public Safety at all 3 County Sheriffs Office, a State institution.

8) Plaintiffs arrest, prosecution and incarceration is illegal and without proper legal authority. (Federal Kidnapping).

9) The State of Nevada cannot acquire jurisdiction over plaintiff by estoppel, stipulation, contract, or waiver. Any accusation Against Plaintiff by the Defendents' and each, is frivilous, moot and without merit.

Page Number 3B

### C. CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: 1st (Retaliation); 5th Denied Bail & Due Process Violation (Notra); 6th Denied adequate Notice of Charges; XIV Notice & Racial Discrimination, Denial Equal Protection under the Law) 42 USC §1986 Conspiracy; US Amends.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1.) Plaintiff, incorporates "B. Nature of the Case", as if fully stated herein and provides as follows: (Plaintiff is a pretrial detainee.)

2) "Public Safety" is a "municipality", is a city, town, county, or other kind of local government is sued officially for declaritory and/or punitive damages, under 1983 for declaritory/injunctive relief.

3) The WRPT is a federal tribal government and is not a State Institution, or Department of the State of Nevada.

4) Respectfully, the WRPT is trust lands per Treaty under Title 25 (Indians) United States Code Service (U.S.C.S) office of President of the United States which preempts State Law.

5) Defendants, and each of them, are motivated by evil reckless and callous intent and are deliberately indifferent to Plaintiff(and his children) Constitutional rights set forth herein, and attacked Plaintiff on July 10, 2022 in the presence of his minor children with a 50,000 volts or more, and a firearm weapon "Sig Sauer P320" which discharged, and Tazed Plaintiff and his minor son. Defendant Almaras does not possess a valid Federal Weapons Permit and was impersonating

4

a Federal Arrest in Federal Jurisdiction.

6) Defendants', and each of them, are not Federalized, are not properly trained, for Federal Jurisdiction, not recognized by a Proper Academy for federal Jurisdiction and unnecessarily pose a widespread threat to the safety to Plaintiff & family.

7) After Plaintiff was attacked by Defendants' and each of them on July 10, 2022 Plaintiff has a right to self-defense and to defend his minor children who could not properly defend themselves from these defendants enforcing Public Safety State authority upon Plaintiff and his loved ones on an indian reservation.

8) Plaintiff believes that Defendant Almares was attempting to kill him, and was trying to shoot him, and believes he saved his own life and that of his children because had Defendant Almares shot and killed Plaintiff he believes the Defendant, would have shot his children due to the differential treat towards Plaintiff, discriminatory acts towards Plaintiff and his native american family.

9) Plaintiff is protected at all times present from the discriminatory actions of Defendants', each of them, as contained within the MOU and/or mutual Agreement Carted by Council ordinance, practice and custom, caused Plaintiff to be denied of his Due Process Notice rights

Page Number 4A

to be adequately informed of the Nature and cause of an alleged Criminal Prosecution, the retaliation is continuing each day since July 10, 2022 as he is illegally arrested, incarcerated in an "Public Safety" Building of Defendant Sheriff Deputies in each County, who know or should have known that State Law and authority is not recognized in Federal Jurisdiction and is not following Proper Procedure.

10.) The Conspiracy is embedded within the Unconstitutional Policy and Practice, Custom language of the "Mutual Agreement Contract" and/or "Mou", which sets forth illegal acts to take against Plaintiff, and in furtherance of said illegal Contract agreement. Defendant Almares, an Public Safety county Deputy, attacked, and illegally use excessive deadly force upon the Plaintiff without Proper Notice requirements, and in violation of Federal Law.

11.) Plaintiff has a continuing right to be treated equally and fairly as similarly like persons in Similarly situated ordinary incidences in life without under Federal Law and the Constitution of the United States of America.

Page Number 4B

**CLAIM 2**

The following civil rights have been violated: 1st (Retaliation); 5th Denied Right to Bail & For Due Process Notice Violation; 6th Denied right to adequate Notice of Nature & Cause of Charges) XIV Due Process & Racial Discrimination, Denied Equal Protection under the Law; U.S. Const. Amendments.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) Plaintiff incorporates "B. Nature of the Case", as if fully accurately, correctly stated herein, together with "C. Cause of Action Claim 1", to whit:

2) Defendants', Public Safety Parties and together with the WRPT are in violation of the Treaty contained and embeded under Title 25, USCS, (Indians) and the "friendship and Peace" clause of the Treaty and Defendants' actions amounts to an "attack" for which Plaintiff is entitled to relief, 24 hour lock down Periods;

3) Defendants, and each of them, are in violation of the Federal Law imbedd under Title 25, and the friendship and Peace Clause to the WRPT Treaty, Constitution of the United States, and in breach of Contract.

4) Plaintiff seeks to disolve the State of Nevada and the Department of Public Safety within the Walker River Paiute Tribe and is entitle to a Permanent TRO and Injunction.

5

## CLAIM 3

The following civil rights have been violated: Violation of "Separation of Powers", Article III for Due Process Violation 5th, 14th Amendments of the U.S. Constitution of the United States of America.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) Plaintiff incorporates "B. Nature of the Case" and "C. Cause of Action, Claim 1 and 2" as if fully stated herein, correctly, and is as follows:

2) Defendants', and each of them, via mutual agreement contract and/or "Mou", corrupted themselves governmental tyranny, through their use of a conspiracy under 42 USC Section 1986, and illegally enforced State law in Federal jurisdiction, in violation of separation of powers, and the Due Process Clause embedded in the U.S. Constitution and plaintiff's rights.

3) Plaintiff was and continuing to claim injury for Damages Sustained, 24 hour lockdown periods, illegal arrest, incarceration, and prosecution.

4) Plaintiff is entitled to Relief under Federal law.

6

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: No.

   b) Name of court and docket number: _____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: No.

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous;

      (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

7

**D.    REQUEST FOR RELIEF**

I believe I am entitled to the following relief: 1) Plaintiff seeks this Honorable Court issue its Order declaring that his Constitutional rights under the United States Constitution has been violated under Federal Law and/or Federal Law violations;

2) Plaintiff seeking relief from unlawful restraint and incarceration, to be restored to his family and loved ones and a full pardon of his rights and/or full restoration of his rights under the Constitution of the

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Lawson G. Star tribal Advocate
(name of person who prepared or helped prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

01-03-2023
(date)

2) Continued... Plaintiff incorporates "B. Nature of the Case"; "Cause of action Claim One and two" as accurately, correctly, stated herein as follows:)...

9

United States of America, full exoneration, Federal, State and Tribal.

3) Order, that public safety off the WRPT.

4) Order, that the WRPT Federalize at least two or more persons, at least, Complete successful training, Fire arms Permits for Federal jurisdiction requirements, federally recognized Academy.

5) Money Damages from each Defendant Party, WRPT Defendants', and each of them individually $1,000,000.00 in Damages for the attack on Plantiff and his family, minor children, and, $1,000,000.00 (one million dollars) in Punitive damages to encourage the WRPT from acts, cease and decist, enforcing State authority in Federal Jurisdiction as set forth in the Mutual Agreement Contract, and any and all such activity hostile to the Laws of the Federal Government and the United States of America as set forth above (demonstrations).

6) Money Damages for injuries sustained above noted Defendents', and each, Mineral County Sheriff Elect, $1,000,000.00 (one million dollars) for his involvement through the Department of Public Safety and $1,000,000.00 (one million dollars) in Punitive damages to discourage any further, future actions.

Page Number 9A

7) Money Damages for injuries (Pain + Suffering and 24 lockdown Periods) sustained above-noted; Lyon County Sheriff, Defendants', and each of them; $1,000,000.00 (one million dollars) for their involvement through the Department of Public Safety and $1,000,000.00 (one million dollars) in Punitive damages to discourage any further, future such actions herein.

8.) Money Damages award for injuries (Pain + Suffering and 24 lockdown Periods (days) (180 days w/out bail and Continuing) Defendant Balaaim, Washoe County Sheriff Elect, Sustained above-noted; $1,000,000.00 (one million dollars) for involvement through dept. of Public Safety, and "Mutual agreement Contract Man", and $1,000,000.00 (one million dollars) in Punitive damages to discourage any further, future such behavior or actions herein on Federally Recognized indian reservation in Mineral County, Nevada.

9.) And any further such relief, that this Honorable Court, in the interests of Justice, deems just and Proper. Respectfully Submitted.

10.) And Attorney Fees

///

- 9B -