# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GELASIO GUERRERO,

    Plaintiff

v.

AMBER TOREZ, et al.,

    Defendants

Case No.: 3:23-cv-00005-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

    This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    Plaintiff was an inmate in custody of the Washoe County Detention Facility (WCDF), when he filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 1-1, 4.)

    On August 2, 2023, the court issued an order granting his IFP application, which requires him to pay an initial partial filing fee and then pay the remainder of the $350 filing fee over time. In addition, the court screened the complaint and dismissed it with leave to amend. Plaintiff was given 30 days, until **September 1, 2023**, to file his amended complaint. (ECF No. 5.)

    On August 31, 2023, Plaintiff filed a motion asking the court to "waive" the deadline to file the amended complaint. He also requested the appointment of counsel. (ECF No. 7.)

    On October 20, 2023, the court granted the motion in part, insofar as he was given an extension until November 20, 2023, to file his amended complaint. His motion for appointment of counsel was denied. Finally, the court noted that Plaintiff made a payment toward the filing fee, but the receipt sent to him was returned as undeliverable. Therefore, the court required that

he file a notice of change of address within 30 days in compliance with Local Rule IA 3-1. (ECF No. 9.)

Plaintiff did not file either an amended complaint or a notice of change of address. Therefore, this action should be dismissed without prejudice for failure to comply with the court's order and under Local Rule IA 3-1.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: January 9, 2024

_____
Craig S. Denney
United States Magistrate Judge